PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Carlos Vasquez　　　　　　　　　　**Docket Number:** 05-00726-001

**Name of Sentencing Judicial Officer:** The Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 04/10/2006

**Original Offense:** Conspiracy to possess with the intent to distribute cocaine.

**Original Sentence:** 30 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised release.　　　　　**Date Supervision Commenced:** 9/26/2007

**Assistant U.S. Attorney:** Erez Lieberman, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Stacy Biancamano, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]　To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

Violation Number Nature of Noncompliance

| | |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On October 11, 2005, the offender pled guilty to the offense of conspiracy to possess with the intent to distribute cocaine. On April 10, 2006, the offender was sentenced to 30 months imprisonment followed by a three year term of supervised release. Based upon the offender's immigration status in the United States and his felony conviction he was deported to the Dominican Republic on September 26, 2007. On or about December 22, 2007, the releasee re-entered the United States via Mexico, in violation of 8 U.S.C. § 1326(a) and (b)(2). |
| 2 | The offender has violated the supervision condition which states '**The defendant shall cooperate with Immigration and Customs Enforcement to resolve any problems with his status in the United States. The defendant shall provide truthful information and abide by the rules and regulations of Immigration** |

and Customs Enforcement. If deported, the defendant shall not re-enter the United States without the written permission of the Attorney General. If the defendant re-enters the United States, he shall report in person to the nearest U.S. Probation Office within 48 hours.'

On or about December 22, 2007, the offender illegally re-entered the United States without the written permission of the Attorney General.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 4/28/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date